# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr5058-DMS |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER TO DISMISS AS TO DEFENDANT HERRERA-LOPEZ WITHOUT PREJUDICE |
| v. | |
| ROSA DEL CARMEN HERRERA-LOPEZ (2), | |
| Defendant. | |

For good cause appearing, the Court grants the United States' Motion To Dismiss as to defendant ROSA DEL CARMEN HERRERA-LOPEZ, without prejudice.

Dated: April 9, 2019

Hon. Dana M. Sabraw
United States District Judge